UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PRP RESTAURANT, INC. d/b/a
GALLAGHER'S 2000,

                    Plaintiff,

- against -

CYBERTECH INTERNET SOLUTIONS,
INC., et al.,

                    Defendants.
-----------------------------------------------------------X

PLATT, District Judge:

**MEMORANDUM AND ORDER**

CV 03-4372 (TCP)(ARL)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ SEP 27 2005 ★

LONG ISLAND OFFICE

       Before the Court is a Report and Recommendation of U. S. Magistrate Judge Arlene Rosario Lindsay dated September 13, 2005, which determined that plaintiff's request for an award of attorneys fees of $16,725.00 should be denied, with leave to renew upon a showing that the request is not duplicative.

       No objections to the Report having been filed, the Report is **AFFIRMED** and **ADOPTED** as an Order of this Court, and plaintiff's request is hereby **DENIED**.

**SO ORDERED.**

Dated: Central Islip, New York
       September 27, 2005